## Charles M. Palmer, Appellee, v. Frank X. Mayer, Appellant.

Gen. No. 43,725.

620

[opinion filed February 26, 1947; rehearing denied March 12, 1947; released for publication March 20, 1947. Bernard P. Barasa, for appellant; Ode L. Rankin, of counsel; David Alswang and Melbourne A. Chapp, for appellee. Opinion by JUSTICE BURKE. Not to be published in full.